IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM T. WULIGER, RECEIVER,

                Plaintiff,                Case No. 3:03 CV 1102

-vs-

                                            <u>JUDGMENT   ENTRY</u>

KEN HARDWAY,

                Defendant.

KATZ, J.

      For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's motion to dismiss (Doc. No. 9) is denied.

                                                          <u>s/ *David A. Katz*</u>
                                                          DAVID A. KATZ
                                                          U. S. DISTRICT JUDGE